September 25, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

TALIBA C. JOHNSON, Appellant

NO. 14-11-00327-CV V.

GREGORY LUCHIN, INDIVIDUALLY AND D/B/A LUCHIN & SONS
CONSTRUCTION, Appellee

_____

This cause, an appeal from the judgment signed January 18, 2011 in favor of appellee, Gregory Luchin, Individually and d/b/a Luchin & Sons Construction, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Taliba C. Johnson to pay all costs incurred in this appeal.

We further order this decision certified below for observance.